# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Brian Williams, </br></br> Plaintiff, </br></br> v. </br></br> Asset Acceptance, LLC, Encore Capital Group Inc., </br></br> Defendants. | Case No. 13-cv-50363 </br></br> Judge Frederick J. Kapala </br></br> Magistrate Judge P. Michael Mahoney |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this matter has been settled between Plaintiff Brian Williams and Defendants Asset Acceptance, LLC and Encore Capital Group Inc. (collectively, "Defendants"), and therefore, all of Plaintiff's claims against Defendants asserted in the above-captioned matter should be dismissed with prejudice, with each party bearing their own costs and attorney fees.

Respectfully submitted,

**ASSET ACCEPTANCE, LLC**
**ENCORE CAPITAL GROUP, INC.**

By: /s/ Dawn N. Williams
Attorneys for Defendants
Amy R. Jonker (ajonker@dykema.com)
Dawn N. Williams (dwilliams@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax: 312-627-2302

**Plaintiff Brian Williams,** *pro se*

By: _____
Brian Williams (brianrss@hotmail.com)
1209 6th Street
Rockford, IL 61104
Phone: 815-987-0373

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on March 14, 2014, via the Court Clerk's CM/ECF system, which will provide notice to all parties of record.

By: /s/ Dawn N. Williams